UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCK WILLIAMS & SYLVIA WILLIAMS,<br><br>       Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENT ACCREDIT LOANS INC. SERIES 2006 QS2; and DOES 1-10,<br><br>       Defendants. | Case No.  5:15-cv-00792 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

A defendant moves to dismiss the complaint. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than March 6, 2015, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite reminders from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. 28 U.S.C. § 636; Civ. L.R. 73-1.

Dated:  March 12, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:15-cv-00792-HRL Notice has been electronically mailed to:

Cheryl Stephanie Chang    chang@blankrome.com, lalocke@blankrome.com

Jessica A. McElroy    jmcelroy@blankrome.com

Sterling Voss Harwood    svharwood1@aol.com

2