UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCK WILLIAMS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION, et al.,<br><br>　　　　Defendants. | Case No. 15-CV-00792-LHK<br><br>**JUDGMENT** |

The Court has granted with prejudice the Motions to Dismiss filed by Defendants Bank of America, N.A. and U.S. Bank National Association (collectively, "Defendants"). *See* ECF No. 43. Accordingly, the Clerk of the Court shall enter judgment in favor of Defendants. The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: October 30, 2015

_____
LUCY H. KOH
United States District Judge

Case No. 15-CV-00792-LHK
JUDGMENT

1